IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CLARA MELLONI, FELIX MELLONI      :        CIVIL ACTION

             vs.                  :        NO. 02-4490

CENTRAL PARKING SYSTEM, ET AL     :


**O R D E R**

BEFORE THE HONORABLE J. CURTIS JOYNER

    AND NOW,  this      day of March, 2004,

    A review of the docket discloses that service of the Complaint in the above-captioned matter has not been made,  it is therefore

**O R D E R E D**

that the matter is hereby  DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(j) of the Federal Rules of Civil Procedure, as to the following defendants: Central Parking System, Allright Parking Garage, Allright Parking Corporation, Allright Parking, Inc., Allright Parking, Central Parking System of Pennsylvania, Inc., Allright Parking Management, Inc.

    If, within ten (10) days, good cause can be shown why service was not made within one hundred and twenty (120) days of the date of the filing of the Complaint, the dismissal will be vacated.


BY THE COURT:


_____
J. CURTIS JOYNER, J.